1   PHILLIP A. TALBERT
    United States Attorney
2   MATTHEW D. SEGAL
    HEIKO P. COPPOLA
3   JEREMY J. KELLEY
    Assistant United States Attorneys
4   501 I Street, Suite 10-100
    Sacramento, CA 95814
5   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
6
7   Attorneys for Plaintiff
    United States of America
8
9                    IN THE UNITED STATES DISTRICT COURT
10
                     EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,          CASE NO.  2:16-CR-227 JAM
13                  Plaintiff,
14           v.                        ORDER EXCLUDING TIME
15  SILAS DUANE BOSTON,
16                  Defendant.
17
18      1.      On January 10, 2017, the Court held its first status conference in this matter.

19      2.      The Court advised counsel that it intended to hold monthly status conferences in this

20  case.  The Court did not set a trial date.  The Court advised counsel that trial would probably be set for

21  fall 2017.

22      3.      The Government represented that it had delivered to the defense approximately three

23  thousand pages of discovery and several audio recordings.

24      4.      Counsel for the Defendant represented that they were preparing the defense by reviewing

25  evidence and attempting to identify experts to assist in the defense.  Counsel for the Defendant stated

26  that they were unable to predict when they could be ready for trial and requested that the case be set for

27  another status conference on February 14, 2017.

28      5.      The Court continued the case for a further status conference on 9:15 a.m. on February 14,

1    2017 and excluded time through that date.

2        6.      For the purpose of computing the time within which trial must commence under the

3    Speedy Trial Act, the time period of January 10, 2017 to February 14, 2017, inclusive, is excludable

4    pursuant to 18 U.S.C.§ 3161(h)(7)(A).  The Court finds that the ends of justice served by taking such

5    action outweigh the best interest of the public and the defendant in a speedy trial.  This is because failure

6    to grant such a continuance would deny counsel for the defendant the reasonable time necessary for

7    effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C.

8    § 3161(h)(7)(B)(iv).

9        IT IS SO FOUND AND ORDERED this 2nd day of February, 2017.

10

11                          /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
12                          UNITED STATES DISTRICT COURT JUDGE