HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, # 250376
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Lexi_Negin@fd.org
Douglas_Beevers@fd.org

Attorneys for Defendant
SILAS BOSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SILAS DUANE BOSTON,<br>Defendant. | Case No. 2:16-cr-227 JAM<br><br>ORDER AFTER HEARING<br><br>Date: February 14, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. JOHN A. MENDEZ |

This matter came on for Status Conference on Tuesday, February 14, 2017, in the courtroom of the Honorable John A. Mendez. Assistant United States Attorneys Matthew Segal, Heiko Coppola and Jeremy Kelley appeared on behalf of the United States of America. Assistant Federal Defenders Lexi Negin and Douglas Beevers appeared on behalf of Defendant SILAS BOSTON, who was not present due to hospitalization. Mr. Boston's attorneys did not waive his presence.

The defense advised the Court that the Sacramento County Jail policy is not to disclose to the defense when, whether or where Mr. Boston is hospitalized, and therefore the defense does not know where he is hospitalized nor the true gravity of his condition. Further, the defense has been informed by the jail that it is not allowed any access to Mr. Boston while he is hospitalized. In order for the defense to have information about Mr. Boston's medical status, the defense must

obtain records from the hospital where he is being treated. In order to obtain the records, the defense needs to know where Mr. Boston is currently hospitalized. The government has no objection to the defense knowing where Mr. Boston is, so long as that information is not disclosed to any person not employed by the Office of the Federal Defender.

After hearing these representations, the Court finds that it is necessary for Mr. Boston's lawyers to know his location. Thus, it is hereby:

ORDERED, that the Sacramento County Jail disclose to his Attorneys and/or their representatives from the Office of the Federal Defender the location of Mr. Boston upon their request. It is further:

ORDERED, that neither Mr. Boston's attorneys nor their representatives from the Office of the Federal Defender are allowed to disclose his location outside of the Sacramento County Jail to any other person unless further ordered to do so by the Court.

Dated: 2/14/2017

/s/ John A. Mendez______________
JOHN A. MENDEZ
United States District Court Judge