

IN THE UNITED STATES DISTRICT COURT    FEB 2 8 2017

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-227 JAM |
| Plaintiff, | PROPOSED ORDER |
| vs. | Date: February 28, 2017 |
| SILAS DUANE BOSTON, | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. JOHN A. MENDEZ |

Having considered the Defendant's Motion for Confidential Legal Visits, any response by the government, and in consultation with the United States Marshal Service the Court finds that Mr. Boston's right to effective assistance of counsel is being violated by the conditions of his confinement, specifically because of his unique medical condition. The Court finds that this situation is extremely unique and this Court order shall not be cited as precedent for the procedure ordered herein to apply to other defendants.

The Court finds this order necessary to ensure Mr. Boston is afforded effective assistance of counsel in this particular case and it is thus hereby:

ORDERED; that upon agreement of dates and times between the attorneys from the Federal Defenders Office and the United States Marshal Service, Mr. Boston is to be brought to the United States Courthouse for the purpose of confidential legal visitation; it is further,

ORDERED; that the United States Marshal Service at its discretion and in consideration of security concerns, may temporarily release Mr. Boston to the custody of his attorneys from the Federal Defender's Office in the Grand Jury witness room for the purpose of confidential legal visitation; it is further,

6

Motion for Confidential Legal Visits

1      ORDERED; that the attorney(s) taking temporary custody of Mr. Boston are to be in Mr.

2   Boston's presence at all times during the temporary release and may not remove him from the

3   Grand Jury witness room; it is further,

4      ORDERED; that when the confidential legal visit is concluded the attorney(s) deliver Mr.

5   Boston directly to the custody of the United States Marshal Service.

6

7   Date: _2·28·2017_        _____

8                            The Honorable John A. Mendez
                             United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    7

Motion for Confidential Legal Visits