PHILLIP A. TALBERT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-227 JAM |
| Plaintiff, | |
| v. | ORDER |
| SILAS DUANE BOSTON, | |
| Defendant. | |

    1.    A status conference was set in this matter for February 14, 2017. On that date, the Defendant was hospitalized and unavailable, so the Court continued the status conference to February 28, 2017. The period of delay from February 14, 2017 to February 28, 2017 is excluded from computation of time under the Speedy Trial Act due to the Defendant's unavailability and for the reasons set forth below. *See* 18 U.S.C. § 3161(h)(3)(A).

    2.    The Court held a status conference on February 28, 2017. Counsel and the Defendant were present.

    3.    The Government's Motion for Rule 15 Depositions (Dkt. 15) is GRANTED as set forth herein. Pursuant to Fed. R. Crim. P. 15, the Court ORDERS the depositions of Audrey Farmer, David Sacks, Dr. Angel Mariá Vásquez Cuéllar, and Alberto F. Mahler. Magistrate Judge Newman will be available by telephone to resolve disputes. Pursuant to Fed. R. Crim. P. 15(g), any objections must be

stated specifically and on a question-by-question basis.  There shall be no blanket objections.  The parties shall confer with each other and Judge Newman's chambers to arrange deposition dates in April or May 2017.  Each side may have at most three opportunities to examine each witness, provided however, that Judge Newman may in his discretion permit or deny a party opportunity to follow up with some minimal additional questioning.

4. Pursuant to Fed. R. Crim. P. 12(c), the Court ORDERS the following deadline and further dates for any pretrial motions:

- July 17, 2017     -     Deadline for Defendant to file pretrial motions
- August 7, 2017    -     Oppositions
- August 21, 2017   -     Replies
- September 12, 2017 -    Hearing on Rule 12 Motions

5. The Court did not set dates for trial confirmation and trial, but tentatively indicated its inclination to set the following dates:

- September 12, 2017 -    Trial Confirmation Hearing
- October 2, 2017   -     First Day of Jury Trial

6. The Court anticipates holding a pretrial hearing to resolve the parties' disputes about exhibits.  The Court contemplates that in advance of that hearing, the Government will submit a list of exhibits and the Defendant will submit a list of objections that specifies for each objected-to exhibit the objection and the rule or case that supports the objection.

7. The Court shall next hold a status conference in this case on June 6, 2017 at 9:15 a.m..

8. Based on the parties prior and ongoing representations about the amount of discovery and the need to analyze it and conduct investigation, for the purpose of computing the time within which trial must commence under the Speedy Trial Act, the time period of February 14, 2017 to June 6, 2017, inclusive, is excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A).  The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//

//

This is because failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO FOUND AND ORDERED this 23rd day of March, 2017.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE