IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-227 JAM |
| Plaintiff, | [~~PROPOSED~~ JAM] ORDER |
| vs. | |
| SILAS DUANE BOSTON, | Judge: Hon. JOHN A. MENDEZ |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal be granted and that the Declaration of Doubt About Defendant's Competency and Request for Hearing and its attachments be filed under seal temporarily, until further hearing on the matter, permitting Assistant United States Attorneys, Matthew Segal, Heiko Coppola and Jeremy Kelley, access to these documents and to discuss the content with the victims' families (as defined by 18 U.S.C. §3771).

Dated: April 14, 2017

_____
JOHN A. MENDEZ
United States District Court Judge

1

[Proposed] Order