HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, # 250376
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Lexi_Negin@fd.org
Douglas_Beevers@fd.org

Attorney for Defendant
SILAS DUANE BOSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-227 JAM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | Judge: Hon. JOHN A. MENDEZ |
| | ) | |
| SILAS DUANE BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The parties appeared before the Court on April 19, 2017. Mr. Boston was not present because he is in the hospital. Defense counsel declared a doubt regarding Defendant's mental competency under 18 U.S.C. § 4241(a). The Court finds that reasonable cause exists to believe that Mr. Boston may presently be suffering from a medical condition that has caused a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court orders that Mr. Boston be committed to the custody of the Attorney General forthwith for placement in a suitable medical facility for a psychiatric or psychological examination and treatment under the provisions of 18 U.S.C. § 4247(b) and (c) and § 4241.

1

The Court further excludes time pursuant to 18 U.S.C. 3161 (h)(4) and Local Code N for period of mental or physical incompetence of defendant to stand trial until such time Mr. Boston is found to be competent.

DATED: April 20, 2017 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi Negin*_____
LEXI NEGIN
Assistant Federal Defender

*/s/ Douglas J. Beevers*_____
DOUGLAS J. BEEVERS

Attorneys for Defendant
SILAS DUANE BOSTON

2

Proposed Order for Competency Evaluation