| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MATTHEW D. SEGAL |
| | HEIKO P. COPPOLA |
| 3 | JEREMY J. KELLEY |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Assistant United States Attorneys |
| | Attorneys for Plaintiff |
| 7 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-227 JAM |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT |
| SILAS DUANE BOSTON, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), the United States moves to dismiss the indictment in this case. (Dkt. 9.)

The U.S. Marshal's Service has informed the undersigned that the defendant has died.

Respectfully submitted,

Dated: May 30, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW D. SEGAL
   HEIKO P. COPPOLA
3  JEREMY J. KELLEY
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Assistant United States Attorneys
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-227 JAM |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| SILAS DUANE BOSTON, | |
| Defendant. | |

On motion of the United States, the indictment in this case is dismissed due to the defendant's death. *See* Fed. R. Crim. P. 48(a); (Dkt. 9).

SO ORDERED.


Dated: May 30, 2017                     /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge